```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Jeremy Ned

       v.

                                                      Case No. 15-cv-178-LM

Esker Tatum, Warden,
FCI-Berlin


## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 16, 2017, for the reasons set forth therein.

Petitioner's Motion for Summary Judgment (document no. 24) is hereby denied, and the Respondent's Motion for Summary Judgment (document no. 28) is hereby granted. The Clerk of Court shall enter judgment in accordance with this order and close the case.

    SO ORDERED.

                                                  _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: August 29, 2017

cc:   Jeremy Ned, pro se
       Seth Aframe, AUSA